# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-0927
_____

GORDON LIGHTFOOT,

    Appellant,

    v.

PUBLIX SUPER MARKETS, INC.,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

June 4, 2024

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, BILBREY, and WINOKUR, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

James P. Waczewski of Waczewski Law Group, Tallahassee, for Appellant.

Jason Gonzalez, Jessica Slatten, Amber S. Nunnally, and Taylor Greene of Lawson, Huck, Gonzalez, PLLC, Tallahassee, for Appellee.